MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VICTORIA MORALES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02246-CKD<br><br>STIPULATION & ORDER FOR<br>EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 45-day extension of time, from May 14, 2018 to June 28, 2018, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review the record, to evaluate the issues raised in Plaintiff's Motion for Summary Judgment, to determine whether options exist for settlement, to prepare Defendant's

Stipulation & PO
2:17-cv-02246-CKD

response to Plaintiff's Motion if settlement is not possible, and to accommodate other workload demands.   Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: May 9, 2018                CERNEY KREUZE & LOTT, LLP


By: */s/ Shellie Lott\**
    SHELLIE LOTT
    Attorneys for Plaintiff
    [*As authorized by e-mail on May 9, 2018]


Dated: May 11, 2018               MCGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration


By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Dated:  May 11, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation & PO
2:17-cv-02246-CKD