MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VICTORIA MORALES,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02246-CKD<br><br>STIPULATION & [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME (SECOND REQUEST) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have an 8-day extension of time, from June 28, 2018 to July 6, 2018, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's second request for an extension of time. Defendant respectfully submits that good cause exists for a second short extension because Defendant's counsel was out of the office unexpectedly and requires additional time to complete her review of the record and analysis of the issues raised in Plaintiff's Motion for Summary Judgment and to prepare

Defendant's response. Defendant's counsel also has a number of other briefs due and is trying diligently to manage competing workload demands. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: June 27, 2018    CERNEY KREUZE & LOTT, LLP

By: */s/ Shellie Lott*\*
SHELLIE LOTT
Attorneys for Plaintiff
[*As authorized by e-mail on June 27, 2018]

Dated: June 28, 2018    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 28, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE